# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2007

133621

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JAMIL CURETON,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133621
COA: 276097
Genesee CC: 04-014296-FH

_____/

On order of the Court, the application for leave to appeal the April 4, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The defendant claims that he is being wrongfully detained on a sentence for an offense that occurred in 1995, from which he was paroled and discharged. If the defendant is correct, the proper cause of action would be a complaint for writ of habeas corpus against the Department of Corrections for the illegal detention.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2007

Clerk

l0919